**B6F (Official Form 6F) (12/07)**

In re  **Sameh Michael Salama    Heidi Gamal Salama**  ,  Case No. **10-18050**
                    **Debtors**                                              **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br>**Bellegrove Building LLC**  <br>**c/o Coast Real Estate Services**  <br>**2829 Rucker Ave., #100**  <br>**Everett, WA 98201**  <br><br>**G. Henbart Company**  <br>**4727 Denver Ave. S**  <br>**Seattle, WA 98154**  <br><br>**Theodore M. Therriault**  <br>**P.O. Box 628**  <br>**Mountlake Terrace, WA 98043**  <br><br>**G. Henbart Company**  <br>**c/o First Commercial Management**  <br>**410 Bellevue Way, SE Ste. 302**  <br>**Bellevue, WA 98004** | | | **Business debt. Personal guarantee** | | | | **4,500.00** |
| ACCOUNT NO. **3130**  <br>**Hughson & Associates**  <br>**520 SW Sixth Ave. Suite 1230**  <br>**Portland OR 97204** | | | **Business debt** | | | | **542.10** |

 _0_  Continuation sheets attached

                                                                                   Subtotal ▶ $ **5,042.10**

                                                                                      Total ▶ $ **5,042.10**
                                                                (Use only on last page of the completed Schedule F.)
                                                     (Report also on Summary of Schedules and, if applicable on the Statistical
                                                            Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re: **Sameh Michael Salama   Heidi Gamal Salama**,   Case No. **10-18050**
               **Debtors**                                                   (If known)

# AMENDED SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Overlake Hospital Medical Center**<br>**1035 116th Ave. NE**<br>**Bellevue, WA 98004** | **2 Executory contracts for professional services.** |